UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRISTINA PASLAR, et al., : | |
|     Plaintiffs, : | CIVIL ACTION NO. |
| : | 3:16-CV-1645 |
| v. : | |
| : | |
| SILVIO MANDARA, et al., : | MAY 15, 2018 |
|     Defendant. : | |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT (DOC. NO. 68)**

    Defendants Tully Health Center, Stamford Hospital, Stamford Health Medical Group, Inc., and Stamford Health, Inc. filed a Motion for Summary Judgment on all claims against them on February 27, 2018.  See Motion for Summary Judgment (Doc. No. 68).  In it, they argued that the plaintiffs had not disclosed an expert witness to support a medical negligent claim against them and that the other defendant, Dr. Silvio Mandara, was not any of their agents.  See id.  On March 19, 2018, the plaintiffs filed a Declaration in Response to the Motion for Summary Judgment, acknowledging that their experts did not identify any deviations from proper medical practice on the part of any defendant other than Dr. Mandara.  See Declaration in Response to the Motion for Summary Judgment (Doc. No. 72) at ¶¶ 9, 11.  The plaintiffs took no position in response to the Motion for Summary Judgment.  See id. at ¶ 12.  They further represented to Magistrate Judge Robert M. Spector that they do not oppose the Motion for Summary Judgment.

    Accordingly, absent objection, the Motion for Summary Judgment (Doc. No. 68) is **GRANTED**.

1

**SO ORDERED.**

Dated at New Haven, Connecticut this 15th day of May, 2018.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge